In the Matter of A. H. DuGRENIER, INC., et al., Respondents, against JOSEPH D. MCGOLDRICK, as Comptroller of the City of New York, Appellant.

Submitted May 17, 1939; decided June 21, 1939.

*William C. Chanler, Corporation Counsel (Morris L. Heath and Sol Charles Levine* of counsel), for appellant.

*John H. Jackson* and *James J. Marett* for respondents.

Order affirmed, with costs; no opinion. (See 281 N. Y. 669.)

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN and RIPPEY, JJ. Dissenting: FINCH, J. Taking no part: O'BRIEN, J.